AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22−mj−00183 |
| Brandon Cavanaugh (AKA: Scott Russo) | ) Assigned To : Magistrate Judge Meriweather, Robin M. |
| | ) Assign. Date : 8/16/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Brandon Cavanaugh**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/16/2022                                       2022.08.16 17:48:09 -04'00'
                                                       *Issuing officer's signature*

City and state:   Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/16/2022, and the person was arrested on *(date)* 8/25/2022
at *(city and state)* Huntington Beach, CA.

Date: 8/25/2022                                       *Arresting officer's signature*

                                                       SA Jessica Salo
                                                       *Printed name and title*