IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No.1: 22-mj-00183-RMM |
| | : | |
| **BRANDON CAVANAUGH,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

COMES NOW, Allen H. Orenberg, to respectfully file this Notice of the Filing in connection with the Pro Hace Vice Motion for Attorney Nathan Gjesdal: (1) Declaration of Attorney Nathan Gjesdal, and (2) Certificate of Good Standing.

Said Documents are attached as Exhibits to this Notice.

                Respectfully Submitted,

                _____
                Allen H. Orenberg, # 395519
                The Orenberg Law Firm, P.C.
                12505 Park Potomac Avenue, 6th Floor
                Potomac, Maryland 20854
                Tel. No. 301-984-8005
                Cell Phone No. 301-807-3847
                Fax No. 301-984-8008
                aorenberg@orenberglaw.com

Dated: November 1, 2022